THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| WENDY CURTIS,<br><br>          Plaintiff,<br><br>          vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation,<br><br>          Defendant. | NO. 3:22-CV-05436-BHS<br><br>ORDER GRANTING STIPULATED MOTION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)<br><br>**SAME DAY MOTION; NOTE ON MOTION CALENDAR:**<br>**October 10, 2023** |

## ORDER OF DISMISSAL

Based on the Stipulated Motion for Dismissal Pursuant to FRCP 41(a)(1)(A) in this matter, IT IS HEREBY ORDERED that all claims in this action shall be dismissed with prejudice and without costs. The parties shall each bear their own attorney fees and costs.

//

//

//

ORDER GRANTING STIPULATED MOTION FOR
DISMISSAL PURSUANT TO FRCP 41(a)(1)(A) - 1
(Case No. 3:22-CV-05436-BHS)

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120 FAX (206) 629-2120

1070.250/230926 PropOrderJtStipMotDM.docx

DATED this 10th day of October, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

WAKEFIELD & KIRKPATRICK, PLLC

By *s/Scott C. Wakefield*
 Scott C. Wakefield          WSBA #11222

By *s/Noelle Symanski*
 Noelle Symanski           WSBA#57022
 Attorneys for Defendant State Farm Mutual Automobile Insurance Company

Copy Received, Approved as to Form;
Notice of Presentation Waived:

By  *s/ Gemma N. Zanowski*
 Gemma N. Zanowski   WSBA #43259

By  *s/ Fred M. Rabb*
 Fred M. Rabb           WSBA #56336
 Attorneys for Plaintiff Wendy Curtis

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A) - 2
(Case No. 3:22-CV-05436-BHS)

1070.250/230926 PropOrderJtStipMotDM.docx

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120 FAX (206) 629-2120